AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Central District of CA-Western Division on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>CV 07 4585 RGK(Ex) | DATE FILED<br>7/16/2007 | U.S. DISTRICT COURT<br>Central District of CA-Western Division |
|---|---|---|
| PLAINTIFF<br>R. D. S. INDUSTRIES | | DEFENDANT<br>THE ROOSTER GROUP |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  6,059,109 | 5/9/2000 | R. D. S. INDUSTRIES |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above--entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above--entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

See attached

DOCKETED ON CM
OCT 15 2007
BY

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>MADELINA GUERRERO | DATE<br>FEB - 9 2009 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy



Marshall A. Lerner (Calif. State Bar No. 55,224)
Bradford E. Mattes (Calif. State Bar No. 159,004)
Philip L Nulud (Calif. State Bar No. 245,147)
KLEINBERG & LERNER, LLP
2049 Century Park East, Suite 1080
Los Angeles, California 90067-3112
Attorneys for Plaintiff R.D.S. Industries

FILED
CLERK, U S DISTRICT COURT
SEP 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.D.S. Industries<br><br>Plaintiff(s),<br>v.<br><br>The Rooster Group<br><br>Defendant(s). | CASE NUMBER<br>CV 07-4585 RGK(Ex)<br><br>NOTICE OF DISMISSAL PURSUANT<br>RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED
SEP 25 2007
Dated _____
United States District Judge

09.20.07
Date

Signature of Attorney/Party

DOCKETED ON CM
SEP 26 2007
BY ___

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

---

CV-9 (07/01)     NOTICE OF DISMISSAL PURSUANT TO F R.Civ.P 41(a) or (c)